IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AMY J. BRASHI,

        Plaintiff,

v.

                                                  Case No. 23-cv-411-slc

MARTIN J. O'MALLEY,
Commissioner of the Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Martin J. O'Malley against plaintiff Amy J. Brashi affirming the decision of the Commissioner and dismissing this case.

| s/ Deputy Clerk | 7/24/2024 |
|---|---|
| Joel Turner, Clerk of Court | Date |